Christopher Alliotts, Esq. (CSB #161302)
Law Offices of Christopher Alliotts, Inc.
60 West Alisal Street, Suite 10
Salinas, CA  93901
(831) 753-2200 Telephone
(831) 753-2211 Facsimile
Info@AlliottsLaw.com

Counsel for Debtor(s)

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 13-52602 SLJ |
| ) | Chapter 11 |
| ULTIPRF, LLC, a California limited ) | |
| liability company, ) | |
| ) | |
| Debtor(s). ) | [No Hearing Required Unless An Objection |
| ) | Or Request For Hearing Is Filed] |
| _____ ) | |

### *EX PARTE* APPLICATION TO EXTEND DEADLINE TO
### FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND
### LIST OF TWENTY LARGEST UNSECURED CREDITORS

ULTIPRF, LLC (the "Debtor"), a California limited liability company and the petitioner in the above-captioned Chapter 11 case, by and through its counsel of record, hereby submits this *ex parte* application to extend the deadline to file its Schedules, Statement of Financial Affairs and List of Twenty Largest Unsecured Creditors, and represents as follows:

The Debtor is the petitioner in the above-referenced case, having filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code on May 13, 2013 (the "Petition Date").

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the Debtor is required to file its Schedules, Statement of Financial Affairs, and List of Twenty Largest Unsecured Creditors within 14 days of the Petition Date.  The Court has also ordered that such documents be filed by such time.

The instant case was filed on an emergency basis to stop the foreclosure of one of the Debtor's real property assets.  As a result, the Debtor is still gathering the information needed to

1

complete its Schedules, Statement and List.  As a result, the Debtor needs additional time to ensure that such documents are complete and accurate.

The Debtor requests an extension of time to and including June 10, 2013 to complete and file the required documents.  The Debtor submits that the requested extension is appropriate, as the relief requested herein will not interfere with the progress of this case.  The Section 341 meeting of creditors is currently scheduled for June 19, 2013, and the Initial Debtor Interview with the United States Trustee is scheduled for June 13, 2013 at 1:30 p.m.

The Debtor further submits that the relief requested herein is not controversial, and that the Court should grant this application.

WHEREFORE, the Debtor respectfully requests entry of an Order extending the time that the Debtor has to file its Schedules, Statement and List to and including June 10, 2013.

Dated: May 24, 2013  LAW OFFICES OF CHRISTOPHER ALLIOTTS, INC.

By:  /s/ Christopher Alliotts
  Christopher Alliotts
  Counsel for Debtor(s)