

Christopher Alliotts, Esq. (CSB #161302)
Law Offices of Christopher Alliotts, Inc.
60 West Alisal Street, Suite 10
Salinas, CA 93901
(831) 753-2200 Telephone
(831) 753-2211 Facsimile
Info@AlliottsLaw.com

Counsel for Debtor(s)

The following constitutes
the order of the court. Signed May 27, 2013

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 13-52602 SLJ |
| ) | Chapter 11 |
| ULTIPRF, LLC, a California limited ) | |
| liability company, ) | |
| ) | |
| Debtor(s). ) | [No Hearing Required Unless An Objection |
| ) | Or Request For Hearing Is Filed] |
| _____ ) | |

**ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND LIST OF TWENTY LARGEST UNSECURED CREDITORS**

Upon consideration of the *ex parte* application by ULTIPRF, LLC (the "Debtor"), a California limited liability company and the debtor in the above-captioned Chapter 11 case, for entry of an Order extending the deadline for the Debtor to file its Schedules, Statement of Financial Affairs and List of Twenty Largest Unsecured Creditors to and including June 10, 2013, and good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

1. The application is granted.
2. The deadline for the Debtor to file its Schedules, Statement of Financial Affairs and List of Twenty Largest Unsecured Creditors is extended to and including June 10, 2013.

\* \* \* END OF ORDER \* \* \*

1

**SERVICE LIST**

*In re ULTIPRF, LLC*, Case No. 13-52602 SLJ