Christopher Alliotts, Esq. (CSB #161302)
Law Offices of Christopher Alliotts, Inc.
60 West Alisal Street, Suite 10
Salinas, CA 93901
(831) 753-2200 Telephone
(831) 753-2211 Facsimile
Info@AlliottsLaw.com

Counsel for Debtor(s)

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 13-52602 SLJ |
| | ) | Chapter 11 |
| ULTIPRF, LLC, a California limited liability company, | ) ) ) | |
| Debtor(s). | ) ) ) | [No Hearing Required Unless An Objection Or Request For Hearing Is Filed] |

**SECOND *EX PARTE* APPLICATION TO EXTEND DEADLINE TO
FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND
LIST OF TWENTY LARGEST UNSECURED CREDITORS**

ULTIPRF, LLC (the "Debtor"), a California limited liability company and the petitioner in the above-captioned Chapter 11 case, by and through its counsel of record, hereby submits this second *ex parte* application to extend the deadline to file its Schedules, Statement of Financial Affairs and List of Twenty Largest Unsecured Creditors, and represents as follows:

The Debtor is the petitioner in the above-referenced case, having filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code on May 13, 2013 (the "Petition Date").

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the Debtor was required to file its Schedules, Statement of Financial Affairs, and List of Twenty Largest Unsecured Creditors within 14 days of the Petition Date. In response to the Debtor's application

1

filed on May 24, 2013, the Court extended the time to file such documents to and including June 10, 2013.

By the instant application, the Debtor seeks an additional 14 days to do so. The reason for the further extension is that the father of Carol Frederick, who owns 100% of the interests in the Debtor, died on June 2, 2013. As a result of her father's passing, Mrs. Frederick has not been able to devote her attention to this matter during the past week.

In addition, the Debtor believed that it would have had the pay-off information to re-instate the mortgage against the real property that was scheduled for foreclosure the day after the Petition Date. Had such information been timely provided, the Debtor would not need to prosecute the case further. Unfortunately, the private lender has not been forthcoming with such information and only provided such information two days ago. Currently, *the continued foreclosure sale is scheduled for June 13, 2013.*

Given the foregoing, the Debtor requests an extension of time to and including June 24, 2013 to complete and file the required documents. Given the Debtor's failure to file the required documents to date, the Debtor will not be in a position to proceed with the Section 341 meeting of creditors scheduled for June 19, 2013, or the Initial Debtor Interview with the United States Trustee scheduled for June 13, 2013 at 1:30 p.m. Nontheless, the Debtor submits that the requested additional extension is nonetheless appropriate, as the relief requested herein will not materially interfere with the case.

WHEREFORE, the Debtor respectfully requests entry of an Order extending the time that the Debtor has to file its Schedules, Statement and List to and including June 24, 2013.

Dated: June 10, 2013                    LAW OFFICES OF CHRISTOPHER ALLIOTTS, INC.

                                        By:     /s/ Christopher Alliotts
                                                Christopher Alliotts
                                                Counsel for Debtor(s)